*Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 263, Misc. ABDELKADER *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Jennifer L. Bain,* Deputy Attorneys General, for respondents.

No. 266, Misc. BICKLEY ET AL. *v.* OLIVER, WARDEN, ET AL. Sup. Ct. Cal.

No. 338, Misc. PEEK *v.* UNITED STATES ET AL. C. A. 9th Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar,* and *David Norman* for the United States et al.

No. 354, Misc. EDWARDS *v.* HOLMAN, WARDEN. C. A. 5th Cir. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent. ▮

No. 425, Misc. JAMES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 579, Misc. SENO *v.* MACIEISKI, WARDEN. C. A. 7th Cir. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 615, Misc. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal.

No. 598, Misc. PAULSEN *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Petitioner *pro se. Robert W. Duggan* for respondent.

No. 581, Misc. GOODCHILD *v.* BURKE, WARDEN. Sup. Ct. Wis. Petitioner *pro se. Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz*